ELLIOTT v. PAYNE et al.

PER CURIAM. The court did not err in dismissing the case against the four defendants demurring generally to the petition, which included those against whom injunction was sought; and the plaintiff of his own motion having dismissed the case as to the two remaining defendants, the judgment of the court below is necessarily affirmed.

*Judgment affirmed. All the Justices concur.*

No. 5324. JANUARY 13, 1927.

Appeal and Error, 4 C. J. p. 1129, n. 58.

Equitable petition. Before Judge Maddox. Floyd superior court. January 25, 1926.

*Henry Walker,* for plaintiff. *Denny & Wright,* for defendants.